IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 21 CR 018 WMC |
| KELLY HARPER, | 18 U.S.C. § 1958(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

From on or about October 19, 2020 through on or about December 10, 2020, in the Western District of Wisconsin and elsewhere, the defendant,

KELLY HARPER,

knowingly used a facility of interstate commerce, specifically the Internet, with intent that the murder of KNOWN VICTIM be committed in violation of the laws of Wisconsin as consideration for the receipt of, and as consideration for a promise and agreement to pay, things of pecuniary value, specifically bitcoin.

(In violation of Title 18, United States Code, Section 1958(a)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 02/10/21

_____
SCOTT C. BLADER
United States Attorney