

**U.S. Department of Justice**

*United States Attorney*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

March 1, 2021

Joseph Bugni
Federal Defender Services of Wisconsin
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703

    Re:    *United States of America v. Kelly Harper*
             Case No: 21-cr-18-wmc

Dear Attorney Bugni:

    Enclosed with this letter is an encrypted USB containing additional discovery items 960-981. The encryption password will be emailed to you today.

    If you have any questions regarding this matter, please do not hesitate to contact me.

                          Very truly yours,

                          SCOTT C. BLADER
                          United States Attorney

                          By: /s/
                          CHADWICK M. ELGERSMA
                          Assistant United States Attorney

Enclosure