# COURTROOM MINUTES
# CRIMINAL

DATE: 3/18/2021   DAY: Thursday   START TIME: 1:05 PM   END TIME: 1:11 PM
JUDGE/MAG.: S. Crocker   CLERK: K. Frederickson   REPORTER:
PROBATION OFFICER:   INTERPRETER:   SWORN: YES ☐ NO ☐
CASE NUMBER: 21-cr-18-wmc   CASE NAME: USA v. Kelly Harper
PROCEEDING: Scheduling Conference

**APPEARANCES:**
ASST. U.S. ATTY.: Chad Elgersma   DEFENDANT ATTY.: Joe Bugni

DEFENDANT PRESENT:   ☒ YES   ☐ NO   ☐ EXCUSED BY COURT

Scheduling Conference held by Zoom video conference

Jury Selection and Trial set for 8/16/2021 at 9:00 am
Final Hearing set for 8/3/2021 at 2:30 pm
Final Pretrial Conference set for 7/29/2021 at 10:00 am
Submissions for FPTC due 7/26/2021
Pretrial Motions due 5/17/2021
Pretrial Motion Hearing set for 5/28/2021 at 9:00 am

TOTAL COURT TIME: 6 min.