IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

v.

KELLY HARPER,  Case No.:  21-cr-18-wmc

Defendant.

---

MOTION TO SEAL GOVERNMENT RESPONSE TO DEFENDANT'S
FOURTH MOTION FOR COMPASSIONATE RELEASE

---

The United States moves to seal its response to Kelly Harper's pro se motion for compassionate release under 18 U.S.C. § 3582(c) along with the attachments.

Harper's motion is premised, in part, on her health concerns, and the United States included Harper's BOP medical records in its response. Accordingly, the United States requests permission to file its brief in response and the attachments under seal.

Dated this 9th day of August 2024.

Respectfully submitted,

TIMOTHY M. O'SHEA
United States Attorney

By:  /s/
CHADWICK M. ELGERSMA
Assistant United States Attorney